## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **MARY BRADLEY and LEVON WRIGHT,** | ) | |
| | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| **ESCAMBIA COUNTY BOARD OF EDUCATION** and **KEVIN HOOMES, DANNY BENJAMIN, MIKE EDWARDS, CINDY A. JACKSON, WILLIE J. GRISSETT, DAVID NOLIN** and **COLEMAN WALLACE,** in their official and representative capacities as members of the Escambia County Board of Education, and **JOHN J. KNOTT,** Superintendent of the Escambia County Board of Education, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **1:20-cv-00285** |
| | ) | |
| **Defendants.** | ) | |

### <u>JOINT NOTICE CONCERNING TENTATIVE AGREEMENT</u>

**COME NOW** the Parties, by and through their undersigned counsel of record, and advise the Court that they have reached a tentative agreement arising from the mediation held March 11, 2021.

The parties request sixty (60) days to finalize the agreement.

This the **24**th day of **March**, **2021**.


Respectfully submitted,

*s\Mary E. Pilcher*
Mary E. Pilcher
*Counsel for Plaintiffs*
Stein and Pilcher, LLC
151 N. Bancroft Avenue
Post Office Box 602
Fairhope, Alabama 36533


*s\Alicia F. Bennett*
Alicia Fritz Bennett
*Counsel for Defendants*
Hill, Hill, Carter, Franco, Cole & Black, P.C.
31 Inverness Center Parkway, Suite 120
Birmingham, Alabama 35242