IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MARY BRADLEY, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) |
| | ) |
| **ESCAMBIA COUNTY BOARD OF EDUCATION, et al.,** | ) CIVIL ACTION NO. 20-00285-JB-N |
| | ) |
| **Defendants.** | ) |

**ORDER**

The Court entered an Order on March 29, 2021 dismissing this action and allowing the parties sixty (60) days to consummate settlement. (Doc. 29). That order is hereby AMENDED so as to extend the time to consummate settlement or move to reinstate this action by an additional fifteen (15) days from the sixty (60) days initially granted.

**DONE and ORDERED** this 21st day of May, 2021.

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE